# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mendoza, Carlos E. | United States District Court - Florida | 05/05/2020 |

**4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)

District Judge, Active

**5a. Report Type (check appropriate type)**

- [ ] Nomination    Date
- [ ] Initial    [✔] Annual    [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2019
**to**
12/31/2019

**7. Chambers or Office Address**

United States Courthouse
401 West Central Boulevard
Suite 5650
Orlando, Florida 32801

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

[✔] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

[✔] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mendoza, Carlos E.** | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed medical consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 03/06/2019 to 03/08/2019 | New Orleans, LA | Panelist/Speaker, White Collar Crime Seminar | Travel, meals, lodging |
| 2. | American Bar Association | 04/03/2019 to 04/07/2019 | Nashville, TN | Attendee, CJS Spring Counsel Meeting | Travel, meals, lodging |
| 3. | Tampa Bay Chapter, Federal Bar Association | 08/28/2019 to 08/31/2019 | St. Pete Beach, FL | Panelist/Speaker, Federal Sentencing Guidelines Seminar | Travel, meals, lodging |
| 4. | Steptoe & Johnson | 11/11/2019 to 11/13/2019 | Morgantown, WV | Keynote Speaker, WVU College of Law Steptoe & Johnson Diversity & Inclusion Reception | Travel, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendoza, Carlos E. | 05/05/2020 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Mendoza, Carlos E.** | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. iShares Russell 1000 Growth ETF | B | Dividend | M | T | | | | | |
| 2. Schwab U.S. Small Cap | B | Dividend | L | T | | | | | |
| 3. Vanguard Health Care ETF | B | Dividend | L | T | | | | | |
| 4. Vanguard Mid Cap Index Portfolio - 529 | | None | K | T | | | | | |
| 5. Vanguard Small Cap Index Portfolio - 529 | | None | K | T | | | | | |
| 6. Vanguard Target Retirement 2035 Fund | D | Dividend | M | T | | | | | |
| 7. Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 8. Vanguard Value Index Fund | C | Dividend | M | T | | | | | |
| 9. Bank of America, accounts | A | Interest | K | T | | | | | |
| 10. Merrill Edge CMA | A | Interest | J | T | | | | | |
| 11. Vanguard Money Market Fund | B | Dividend | M | T | | | | | |
| 12. Vanguard FTSE All World ex-US Index Fund | B | Dividend | L | T | | | | | |
| 13. Vanguard Mid Cap ETF | A | Dividend | L | T | | | | | |
| 14. Vanguard Mid Cap Value ETF | B | Dividend | L | T | | | | | |
| 15. Vanguard Information Technology ETF | A | Dividend | L | T | | | | | |
| 16. Vanguard Growth Index - 529 | | None | L | T | | | | | |
| 17. Vanguard Income Portfolio - 529 | | None | M | T | Distributed (part) | 12/06/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendoza, Carlos E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard Interest Accum Portfolio - 529 | | None | K | T | Distributed (part) | 01/14/19 | J | B | |
| 19. | | | | | Distributed (part) | 12/06/19 | J | B | |
| 20. Schwab Strategic Mid Cap ETF | B | Dividend | M | T | | | | | |
| 21. Schwab Intl Equity ETF | A | Dividend | K | T | | | | | |
| 22. Vanguard Fed Money Mkt Fund | A | Dividend | J | T | Sold (part) | 1/07/19 | J | A | |
| 23. Schwab US Broad Market ETF | B | Dividend | L | T | | | | | |
| 24. Schwab US Large Cap ETF | B | Dividend | L | T | | | | | |
| 25. Schwab US Large Cap Growth ETF | A | Dividend | L | T | | | | | |
| 26. Vanguard Intermediate Term Tax Exempt Bond Fund | B | Int./Div. | L | T | | | | | |
| 27. Vanguard Muni Bond Index ETF | B | Int./Div. | L | T | | | | | |
| 28. Vanguard REIT Index ETF | B | Dividend | L | T | | | | | |
| 29. Vanguard Small Cap ETF | A | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 30. Vanguard Financials ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendoza, Carlos E. | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mendoza, Carlos E. | 05/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Carlos E. Mendoza**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544